郭文贵公开回应函（三）

李友自2014年至今，在医院的部分身体检查记录，以及在取保候审中所做检查的部分记录，我已收到。文贵在此对这位网友表示感谢，同时非常愿意对你所提到的困难给以帮助，请将你的收款方式告诉我。

同样，如谁能向我提供李友自2014年6月至今所有的、详尽的身体检查记录资料，文贵均愿意拿出500万元人民币给以捐赠，以此来帮助你们解决任何困难。

我的联系方式：

邮箱：357moonlight@gmail.com

推特：郭文贵guo wen gui
WhatsApp：+447341057158

KWOK's Public Response (3)

Since 2014, I have received part of medical reports of Li You, some of his deposition records. I would express my thanks to this informant, and I would be happy to provide helps to solve your troubles mentioned in your before. Please let me know your detailed information for receiving money.

Similarly, for those who can provide all medical reports starting from June 2014 of Li You's, KWOK would be happy to provide 5 million RMB as return to help you solve whatever problems you have.

KWOK can be reached at
Email: 357moonlight@gmail.com
Twitter: 郭文贵  guo wen gui
WhatsApp: +447341057158

**Exhibit V-33.    KWOK Offered Big Award for Xiao Jianhua's Documents**

郭文贵 5 月 6 日报平安视频，悬赏肖建华案件卷宗

244,035 views

Published by 郭文贵

Published on May 6 2017

https://youtu.be/RaA6DVaXFwg (24:15--26:08)

Transcript: https://myanniu.com/?p=243



（0：00）尊敬的网友们朋友们，大家好！

这是文贵 5 月 6 日的报平安视频。昨天晚上又是没睡好。因为我们的在澳大利亚的工作团队去采取一个政治局委员在澳洲私生子 DNA 的时候发生了问题。同时呢在香港的团队和新加坡和香港的银行同时在做流水帐的时候也发生了问题。账户主人已经被唤醒了，发现有人在买他们的流水帐，昨天这两件事都遇到问题。香港黑道白道都上了。我们都解决了，但是它还是没有阻止。因为这些账单和 DNA 资料再美国政府认证以后可以作为呈堂证据。所以我希望全球发布会上能出示这些具有法律效力的证据和文件。（1：21）

（2：19）我们在澳大利亚的团队工作了一年，采取了几十人的 DNA，而且进行了有法律效力的医学鉴定。对他们的住址，金钱来往，社会关系都进行了录像，和当事人聊天文问话，语音证据，通信证据，DNA 医学证据，到美国来再做在美国有效的法律证据，加上银行账单。（2：53）

My team has worked in Australia for over one year. We have collected DNA samples for dozens of people, and have medical certified with legal agencies. Have taped their home, financial transactions, and social networks, chatting with relevant parties, voic videos, communication evidences, DNA evidences, bank statements, ect. and thus can make it legal evidences in USA.

（6：51）大多数是在澳大利亚，那是我的主战场。去年一年我在那儿花了几千万调查费啊，因为按照美国的法律要求和出证要求，我们重新补充一些证据。（7：07）

Mot of those people lived in Australia, that why it is my main battlefield. I have spent over dozens of million dollars there just for investigation fee last year. Based on the judicial requirement, we have to add more evidences.

(24:158)各位啊，我现在不需要肖建华的资料，你不要冒险给我这些资料，肖建华的案子还在进行中。

未来肖建华的案子进行到一定程度，我会花五千万一个亿在社会上悬赏，买他有关的所有的他办案的信息。

I will pay $100 million as award to buy case documents about Xiao Jianhua, any information about his case.

我现在感兴趣的东西非常清楚，就是和北大的所有的案卷和审查记录，其中我得到的一部分当中呢，很多不全面，我看过了，我没公告，特别是涉及到上海银行行长现在人民银行范逸飞，全拿掉了。涉及到上海银行北京分行行长陈华，虽然是被判了，但他的也拿掉了。涉及到北大校长王恩哥的，朱善璐的，还有过去的王选家族的，还有涉及到现在的政治局委员的，还有常委里面没说出名字的，还有证监会，都被拿掉了。这些，未来我会高价悬赏，这个我需要。

包括宋林的，我特别的需要，宋林是跟我要揭发的政治局委员们，常委家族有绝对的关系，而这里边有大钱在海外，我们得到了几个账号，其中一个账号里有七亿多美元，这个钱就是宋林在海外头藏的，我们把这些卷宗对完以后，我们可以把这些钱拿回到中国政府，给中国老百姓。

有车峰的案卷的，我也感兴趣，我非常感兴趣，我愿意花钱。车峰的案卷，我特别特别感兴趣，我也愿意拿钱给大家。

那么，现在呵，也有给我项俊波的一些事的，项俊波是刚刚开始，但是项俊波的卷宗我感兴趣，我愿意出大钱。(26:08)

**Exhibit V-34.     KWOK Offered Big Award for Sensitive Documents**

郭文贵发悬赏秘密文件视频　向给文贵邮寄盗国贼材料的战友们致敬！

197 views

Published by　锅文柜

Published on March. 12, 2018

https://youtu.be/fYJa4aJz63s（0:00 - 1:00）



尊敬的战友们好，最近我收到很多给我寄来的各种爆料信息。还有很多有偿支付的材料。非常的感谢。但是有一些在收到以后呢这些 USB 是打不开的，有些是打开了。但是绝大多数呢所有的证据呢不够充实。我希望所有的战友们记住，你们别浪费时间，我们要想爆料任何一个官员和盗国贼，要具有绝对的有法律有实际价值和效力的，原本的这种材料。例如有效的清晰的视频和官方认可的文件。这才可以。

Recently I have received many documents and some of them have been paid. Thank you all very much. However, some people sent me USB but can't be opened, and some doesn't have solid evidences. All my comrades should remember that the documents I asked for should have legal and actual value, and in original formal, such as clear videos and official documents.

谢谢所有的战友们。文贵爆料将在一个月以后开始。一切都是刚刚开始。谢谢。

Exhibit V-35.    **KWOK Offered $50 Million to Chen Brothers To Steal Personal ID**

5 月 5 日郭文贵先生连线路德访谈：揭露陈氏兄弟、专员以及机密文件更多相关内幕

Published by: 路德访谈

Live Streamed on May 5, 2018

https://youtu.be/qnaeyA2KXdw?t=141   （2:21 - 1:00）

（1:00）
(Sep 24, 2017, 08:16:43)
郭：周先生，不管如何，我们的合作将会获得巨大的成功。我有信心，我有信心。谢谢。
(Sep 24, 2017, 14:27:23)
郭：姚亚平，江西的姚亚平。现在的信访办主任，原来的江西的政法委书记舒晓琴，和现在的省长吴亚雄。谢谢。（1：25）

陈：　（1：55）郭先生您所需要的那几个人的资料，我会把它记下来，等到国内的今天上午就传给专员，到中午或晚上我再跟专员重点说明，多需要这些人的个人的私密信息。同时，也力争在这两天再交一些孙立军、傅政华，包括他的弟弟傅卫华以及孟建柱的个人资料，再给您参考。非常非常感谢郭文贵先生。相信我们的合作是越来越紧密了。谢谢。（2：44）



(Sep 24, 2017, 14:27:23)
　（4：12）郭：我现在做一个决定，你盟把这几个资料准备完以后，我准备捐献给你们五千万美元现金。你们可以考虑接收。我用正式的我的家族基金捐给你们五千万美元。支配权完全归你们，我不想管。你们就全力以赴地发展我们这些信息。（4：35）

　（9：12）周：我们专员会尽全力搜集郭文贵先生您所需要的资料。也会把郭文贵先生您所

需要的那几个人的信息也报给专员了。专员表示非常重视，他开始着手布置去搜集那些人的身份资料的核心信息。尽快搜集恢复给您。这两天会有一些关于傅政华、孙立军、孟建柱的一些私人信息会交付给您。（9:58）

（10:42）郭：希望专员能够全力以赴，能把这些人，特别是卷宗，这些人的信息，包括关于北朝鲜的这些绝密的、真实有效文件信息搞到。对美国了解北朝鲜。对孟建柱、傅政华、孙立军、苏晓琴、姚亚平这些信息都得了解。这非常地关键，然后就是那些卷宗。（11:07）

KWOK: I hope the specialist would do his best to get the documents, including secret documents about North Korea, which is helpful for US to know about North Korea issue. And any privacy information for Fu Zhenghua, Sun Lijun, Su Xiaoqin, Yao Yaping. These documents are very important.

（25:31）郭：我需要你给我做的事情就是，一定有这些人的全部卷宗档案。最好有闻讯的视频最好。第二个，我要一定一定的记实性的、有效的、全面的中办的一些核心的有关涉美、涉台、涉港，以及内幕的核心绝密文件。

（27：14）第三，现任常委政治局委员所有的家族腐败、性视频、非法做爱视频以及他的不可告人的财富信息，就这三样。（26:05）

What I need you to do is getting private information about all members of the Standing Committee of CCP, including any sex videos and family corruption information.

**Exhibit V-36.     KWOK Offered $20 Million to China TV to Steal Court Documents**

6102 views

Published by  路德访谈

Published on May 5 2018

https://youtu.be/xYnNu0TL-xs (9:30--10:10)



还有李友的司机，他原来的推号叫"打铁还需自身硬"。还有一个从香港人也被抓的那个战友，那个提供卷宗的人，这些人我都支付了钱。包括还有一个姓葛的。葛长根是中国电视网的。我给了他 2000 万。大家从过去的事实应该看到，文费付出了那么多的钱，最后凡是被亮相的，都是被抓了。

On May 5, 2018, KWOK stated on YouTube that "The driver of Li You, his Twitter account id is "打铁还需自身硬". Another guy who provided court documents to me was arrested in Hong Kong. I provided large amount money to all these people. I gave $20 million to Ge Changgen who used to work for "China TV". You can see that I have provided a lot of money to them. They were all arrested.

**Part 7.  KWOK Promised $1 Billion Award to Lure People Fighting against Interpol**
On April 19, 2017, Interpol list KWOK as most wanted. Then, KWOK Promised $1 Billion
Award to Lure People to Fight against Interpol

**Exhibit V-37.    Yang Jianli Started Lobby Campaign to Fight for KWOK**
杨建利随即为郭文贵发起白宫请愿签名

WE THE PEOPLE ASK THE FEDERAL GOVERNMENT TO CALL ON CONGRESS TO ACT ON AN ISSUE:

# Help and protect Chinese whisle blower and exile Guo Wen Gui

### Created by K.Y. on May 18, 2017

Chinese billionaire Guo Wen Gui is hunted by Chinese communist
party by all means, he is exposing the massive corruption on
highest level of Communist party and launching a campaign to
push for Chinese Constitutional reform. Now CCP has bribed and
used Interpol to issue a red notice on him, CCP has also issued an
extremely high assassination bounty reward for Guo and his
family. According to Guo's words, CCP has bribed, threatened
several countries government and companies to work for them in
order to get Guo, illegally confiscate Guo's asset and tarnish
Guo's reputation worldwide. They are also trying all means to
bribe American congressmen and judge to make them arrest Guo
and send him back to China according to Guo's words.

**Signature Count**

31,060 SIGNED                    100,000 GOAL

🛈
**Closed Petition**

This petition has been
archived because it did not
meet the signature
requirements. It can no
longer be signed.

VIEW PETITIONS YOU CAN SIGN

https://petitions.whitehouse.gov/petition/help-and-protect-chinese-whisle-blower-and-
exile-guo-wen-gui

83

Exhibit V-38.    **KWOK Sponsored Yang Jianli to Do Lobby for Him**
郭文贵花钱雇用杨建利等人为他去向美国官员游说
9,528 views
Published by RLRPG RLRPG
Published on July 24, 2017
https://youtu.be/cpSBH7mx57A?t=28    (0:28 – 23:20)

KWOK:    Besides, in terms of White House,many people in mainland China has been harassed.I think we should cancel it, Jianli Brother. We should cancel it. Thank you. Who will be our scapegoat? Let hacker take the responsibility for it. You must another news story to accuse hacker harassment, police harassment.Just tell people that it was Chinese police who harassed netizens. This is important issue. We should take advantage of this opportunity. Then we express our thanks and have this finished.

Next time you must provide well-designed plan, expense, and team budget.

We should make it a world-class story.



84

**Exhibit V-39.   Lured by $1 Billion Award, Wei Jingsheng Gave Lessons to Interpol**
魏京生修理国际刑警组织，为郭文贵伸张正义
13,941 views
Published by 零点时刻
Published on July 19, 2017
https://youtu.be/E-qQfXS-FV0?t=15     (8:15 – 23:20)



（0：15）另外有很多朋友不是很理解，就是我们修理了一下国际刑警组织。（0：22）
Some friends may not understand our recent activities that we just gave a lesson to Interpol.
（4：01）为了让共产党内的这些人也有反心，也去造反，那我们就应该给他们做点事。别
的事咱们做不了，把他们的后顾之忧给解除一部分，还是很有必要的。
有些人又会说，你们又去帮贪官污吏，过去帮赖昌星，现在又开始帮贪官污吏。我们不是
帮贪官污吏。贪官污吏不是我们能解决的问题。（4：32）。
（6：50）而且我们去了之后呢，国际刑警组织也做了一些让步的事情。你象郭文贵这次，
中国的刑警组织发了通知，但他们总部没发。所以他们就不是很合法。（7：09）
Once we went to there to meet them, the Interpol had to do some compromise. For example,
regarding KWOK, only the Chinese branch of the Interpol announced it, but the its headquarter
didn't. Thus it sounds like illegal to list KWOK on the Interpol's most wanted list.

Exhibit V-40.    KWOK Sponsored Many Chinese to Protest against Interpol

郭文贵自助一些人去国际刑警组织在世界各地的机构抗议将郭文贵列进红通

https://www.rfa.org/cantonese/features/hottopic/interpol-07122017064729.html

# 海外异见人士反对孟宏伟掌国际刑警



2017年7月10日，魏京生民主基金会和德国学联，在德斯巴登德国刑事局门前发起抗议行动，要求
国际刑警组织保护中国人权人士免受干扰和迫害。(吴亦桐提供)

https://www.rfa.org/cantonese/features/hottopic/interpol-07122017064729.html



2017年7月10日，图片为旅美民主人士魏京生（右）和旅法民主人士张健，指中国利用国际刑警滥发"红色通知"，威慑
和迫害海外异见人士。(吴亦桐提供)

Exhibit V–41.    **Congressman Rubio Appealed for KWOK**

鲁比奥参议员就郭文贵被禁质问脸书代表精彩视频
Published by: lao guo
Published on Nov 3, 2017
https://youtu.be/aWwWxXHd7Zk?t=8      (0:08 – 1:20)
Rubio: KWOK is a whistle blower and criticizer of the Chinese government.His Facebook account was blocked and Facebook informed him publicly that he violated certain terms that he published personal identifies information about individuals and that violated the certain terms, and so and so.My question is, I want to be clear is there any pressure from the Chinese government?

**Part 8.   KWOK Cheated/Paid Song Jun to Steal Sensitive Info**

Exhibit V-42.   **KWOK Paid Song Jun to Steal Flying Records**
郭文贵收买宋军盗取他人飞行记录和护照信息的电话录音（1）

11,202 views
Published by: 博讯直击
Published on Jul 11, 2017
https://youtu.be/u6iyd4rKH7o   （0:04 – 2:19）

郭文贵：这个卡是全世界最牛的卡，这个世界上只有10亿美元以上才能办黑卡，黑卡呢，一般在国外基本上就是不限制消费的，买飞机都可以。就是你买个波音880，给个黑卡就给你买了，就这么简单。这是极少人有的。这都需要，就是你需要花的时候，特别出国的时候，这个你需要这个卡，这个有时候你老拿着现金也不安全了。好吧，兄弟，事还长着呢，这个有喜怒哀乐，有金钱女人，有权利有艺术，这才称为完美啊，长着呢，兄弟啊。这事啥也别再说了，哎呀，这次一定要拿着啊，我心里才踏实，有事儿啊，你有这个卡在身上我心里踏实。你在迪拜想干啥都行，你想要啥都可以给你，你要栋楼，你大哥都可以给你。我准备想给你办个外国护照，办个英联邦的，你想想怎么样，你没有什么障碍吧，你和你太太办一个，我可给你办出来英联邦的护照，大概三个月到六个月的时间给你办出来。过两天你买个股票，你别跟别人说啊，大哥跟你说了，你别给别人说了，你买个1000万左右的股票呢，别的不敢说，我保证你赚一倍，赔了我给你，赚完钱，你再买大房子好吗？听大哥说的。开一个证券账号，找一个证券代理商，然后我让你买的时候你就赶快买，然后叫你买进去，买完以后我就半年至一年以内八个月吧，我保证你是一变成二，剩下的我都不管了，明白了吗？弟兄。该给他钱的时候还是要给他奖励，你跟我说需要的时候，我叫你给他送去，这个事情需要给大家奖励，什么时候我叫人给你送点现金过去。

This card is one of the most awesome cards in the world. Only when you have over billing dollars, you can get a black credit card. This kind of card has no limited abroad, meaning no consumer spending limit. You can even to buy a jet with it. Few can get this kind of credit card with which one can easily buy a plane. This card is needed when you buy something especially abroad. Ah, you know it is not safe having cash with you. Okay, buddy! It is just getting started. Sorrow and pleasure, money and woman, power and art, then I call it perfect. Still yet to see, my brother. So be it, I feel at ease having this card with me ,if needed ,good to have the card. You can do anything into Dubai ,I will give you what you want even the whole building. I'm going to apply UK passports for you and your wife t. What do you think of this? Do you qualify the requirements? It will take me three to five months to get you the passport. I have a good share for you to buy, it is just between you and me. You can invest about ten million and you will double it soon. In case you lost, I will compensate it for you. You can earn the money and buy houses. Okay? Believe me. Find a financial agent, and create an account. Then you buy the stock as soon as I tell you. After six months or within a year or maybe eight months you will double your money. Understood? Give him some money as reward if necessary. I will have someone to carry you some cash if needed.

**Exhibit V-43.    KWOK Paid Song Jun to Steal Traveler's Passport Info**

郭文贵收买宋军盗取他人飞行记录和护照信息的电话录音（2）

The Phone conversation between KWOK and Song Jun (2) shows that KWOK Bribed Song Jun with big money to steal/espionage flying records and passport info of the people he was targeting at

郭文贵每天在忙啥系列之忙刺探忙窃听篇

KWOK promised to provide a black bank card, passport, inside stock market info to Song Jun

11,476 views

Published by: 博讯直击

Published on Jul 11, 2017

https://youtu.be/-cas67ZkgBM   （0:04 − 2:19）

郭文贵：把 787 那个给我，一定要给我啊，分钟那个药，越细越好啊兄弟，你就集体发给我 I 就行了。

Please send me the flight records of the Boeing 787, the more detailed the better!

不惜一切代价啊，你把那个 787 飞机，还有海航常飞的那几个飞机，带尾号的那几个，你拿个手机，好好清晰的给我录上大概个 1 分钟，弄好了发给我

Record the video of 787 plane and the planes of Hainan Airlines with tail number. Send me once you get it.

最近他们出行厉害吗？这个最近忙乎吗？海航怎么样呢那几个人？

Do they often go out recently? Are they busy now? How is everything going with persons in Hainan Airlines?

这些人都干嘛呢？海航这些人干啊呢？

What are these guys have been doing? What are these Hainan Airlines guys have been doing here?

高度关注着兄弟，有什么情况事实给我说啊。最近海航他们动作怎么样？

Take highly focus on him and respond to me in time if he takes some moves, bro.

What about Hainan Airlines' action recently?

那几个人的护照，带高清的！弄点高清的，越准确越好。

I need the passport photos of those people, the more clear the better.

这个小姑娘看来跟他关系非同一般，有机会把她手机，信息，EMAIL 给我整整我了解了解。

这黄长得啥样？想看方便的时候，整个能有功能的手机送给她，让咱们知道更多的信息。

老弟呀，博鳌论坛这个会儿都谁去了？热闹不热闹啊？都谁在三亚？都什么人去三亚？什么飞机去的？咱都盯着点，挺有意思。

看到杭州好多架专机，咱们那几个牛叉的人最近活动怎么样了？参加这个会了吗？工商会？

89

咱就通过他们了解最高层的动向，这就行了，其他咱们都不需要，但是我得掌握高层动向。

我要看看他最近几次去过阿布扎比，这个非常重要，我要了解一下啊，他去阿布扎比干嘛去了？他最近去没去啊？他的飞信记录我尽快看到。

我就是要知道他去那干嘛去了，你给我了解他去那干嘛去了，一定给我了解了解，越快越好。

他去那干嘛去了？都见谁了？跟谁见面了？谈什么去了？从侧面给我了解了解，这最近去过几次？给我了解了解。

他身边没人啊，服务员什么的？空乘什么的？了解了解，那你就给了解了解他去了多长时间？去了几次？给我了解一下兄弟。

去什么飞机去的？跟谁去的普吉岛啊？到时候要了解了解老弟。

你能知道他住什么酒店吗？就这几家酒店，阿曼酒店，四季酒店，ROSEGARDEN 酒店，在哪家酒店你能知道吗？

他这个新飞机六个人，现在谁跟他坐一起？要多了解了解老弟。

把这几架飞机的以往飞行记录给我弄一下，看看啊，看看啊。

是吗，老弟，他这架飞机在海外飞行能调查出来吗？飞机尾号是多少？坐的是哪架飞机？同班都有谁？能给我吗？兄弟，我要看一看。

你现在能方便把他的护照能给我发一个吗？护照还在照片的给我发一个，证件，或者证件号码的给我发一个。

那几个人的护照，带高清的，弄点高清的，越准确越好。

还有谁经常和他在一起？一定要多了解了解，谁跟他同坐一架飞机？一定把他过去的一年多了解了解，越快越好，老弟啊。

就是把他的行程给我打出来，行程，主要是飞机的班次名单，越长越好。兄弟认真点，注意安全。

你最好老弟把原始的记录发给我，最好啦。

我再看看他们都干嘛去了，都上哪儿去了？这次去东南亚之前，提前告诉我一下，看他住哪一个酒店，了解一下情况。

他都是什么样的公司啊？都用什么样的公司名字，他有很多公司的，我想了解，我想了解这些。

你把那个武器展的飞机展的所有资料都收集收集给我发过来啊，好不好？我就喜欢看这玩意儿。

在一个，用手机多拍一些中国武器的照片，我特别喜欢看，尤其是先进的武器照片，我最喜欢看这玩意儿了，还有这几个中国的大飞机，歼20。

How does Huang look like? I'd like to give her a phone with the function of monitoring in order to get more information.

My brother, who came to BOAO Forum? Who is inside in Sanya? When and which flight ? the answer are exactly in which we are interested in.

I have seen many private planes in Hangzhou ,what about those powerful people's action recently? Have they participating in the meeting? Chamber of commerce and industry.

We just know the leader's actions. According to them, we don't care about other things.

Do you have any idea? Why and how many times did he fly to Abu Dhabi ,This is a really important matter ,I need to get this flight record as soon as possible.

I just want to know why he went there? You must find out why did he go there?
Who did he meet ? and what did he talk about as soon as possible.

You should find out from the side, especially the last few times of his journey.

There is no one around him .Then    you should talk to the waiters ,and the airline stewardess ,help to find out how long has he been there and how many times did he go there? help me to find out my brother.

Which plane did he take and whom did he go with to the Phuket ? Let's find out when the time comes my brother.

Can you find out which hotel does he stay in ? it is among the Om    Guest house, four seasons hotel, Rosegarden hotel.

The plane, can take six persons, we want to know who goes with him frequently.

Good, Find out the flight records of these flights.

Can the foreign flight records be investigated?

What is the tail number of the plane? Which plane did they take? Who are in the company? Get me this information please.
Can you send me pictures of those passports now? one with a picture of his passport ,and the other one with the number of his passport.

I need a passport of those people, the clearer the better.

Who is always with him? You must find out who flies with him and his experience in the last year as soon as possible.

My brother please type his ,itinerary for me especially the passengers list in the same flight ,the longer the better ,and   be more serious and take care.

You'd better give me the original records in your convenience.

Let me see where did they go and what did they do? Tell me in advance of his journey to south Asia this time.   Find out which hotel will he live in?

I want to know what company he owns, and the name of the companies, and how many companies?

Would you please collect all the reference of the air show in the weapon show? I just enjoy that.

I like the photos of Chinese weapons took by cellphone I like watching these things, especially photos of advance weapons. I also like these Chinese big planes like Chengdu J-20.

**Exhibit V-44.   KWOK Bribed Song Jun to Steal Fight Records**

郭文贵收买宋军盗取他人飞行记录和护照信息的电话录音（3）

The Phone conversation between KWOK and Song Jun (3) shows that KWOK Bribed Song Jun with big money to steal/espionage flying records and passport info of the people he was targeting at

8,200 views

Published by: 博讯直击

Published on Jul 11, 2017

https://youtu.be/Ntah87NGF7w （0:04 – 3:12）

有那个 VVIP 是国家邀请到北京,是这个哦，专机是飞 650，阿联酋的，这个国王的飞机，国王的这个这个，他这个副总理相当我们这边中办主任吧，就飞过去。他是三个身份的，他就是他们阿联酋的，就是中投吧，就是国家主权基金的主席，他是他们的中办主任，相当于他们这个行政委员会主席。同时他也是皇族，相当于咱们的国家副总统的待遇吧。老弟啊，你给我查一下最近这个航班方面的话，多少次？几次去过中国？还能查一下他在国际上的行程航线，给我简单看一下吧。好好总结总结发给我，我只是想了解信息，一点也别漏，弟兄啊！就是飞机航班哪到哪儿，然后飞机航班上谁坐着？就这些人你就给我吧。老弟啊，vip 到了后，他们到了后呆上一个小时，会有领导人来会见，一会帮我问一下都是在哪儿会见的？都什么人会见的？见了多长时间？你这样吧，25 号至 30 号之间？，给我注意点有没有一个阿联酋的一个外交部的飞机飞过去，你给我查着点，如果有了，你马上告诉我，是阿联酋外交部的飞机。你就说美国那个国务卿凯瑞，一会儿到巴黎，他想今天晚上跟我见个面，他呢，就像中国现在闹这么大的问题，南海问题，萨德导弹的事儿，他肯定是想跟我聊聊。然后明天克林顿两口子邀请我去他小石城，他老家，我飞过去，到小石城跟他见个面，觉得怎么样？你给我总结总结，这外国政府人员谁的飞机最好？谁的素质最高？谁和中国政府关系最紧？尤其是最近沙特的王子要来。

他的机队怎么样？飞机怎么样？有什么笑话吗？我特关心这个事！，他飞来飞去顺利吗？有多少人？你给我详细说说。就是沙特王子，前几天 28 号访问北京的，沙特王储，飞往北京又飞到日本，然后又飞回了杭州，就了解一下什么情况，多少人？什么飞机？老弟，你能不能今天或者明天以最快的时间，这个飞机上的乘客，其中有一个叫瓦力的这个人，你看看最近这半年出入大陆的记录，你能给我查一下吗？就是这个越快越好，叫瓦力。好好好，但是这个资料一定能查到，嗯，放心吧，老弟一定有的，特别是瓦力这个，你帮我好好查查，好吧老弟。那个伊莲娜俄罗斯那个人，我觉得这几个人方便的时候也是给我弄一下，兄弟。

Okay, the information can be found. Try your best to investigate WA LI, my brother.

Buddy, I still need information of the Russian woman called Elena, please get her information if you are convenient.

**Exhibit V-45.   Song Jun Was Arrested for Stealing Flying Records**

郭文贵指使，宋军、马丛因盗取他人飞行记录和护照信息而被逮捕

http://video.chinanews.com/flv/2017/0710/wangyi06.mp4   (0:31 - 2:10)

http://www.chinanews.com/m/gn/2017/07-10/8273166.shtml

Published by: Xinhua News Agency

Published on July 10, 2017



2015 年 12 月至 2017 年 3 月间，马丛按照宋军的要求，将查询整理的部分海航公司客户的信息，包含飞行日期、起落站、航班号、机型、机号等内容的涉及 146 人的 561 条行踪轨迹信息，分三个批次提供给宋军。宋军收到后，都第一时间通过邮箱提供给了郭文贵的秘书王雁平。

From December 2015 to March 2017, per Song Jun's requests, Ma Cong retrieved some sensitive passenger's information, including traveling date, start and ending airports, model, end tail number, regarding 146 passengers and 561 items traveling information, provided to Song Jun. Then Song Jun sent it to KWOK's assistant, Wang Yanping.

The VVIP is UAE's vice premier who is equal to the director general of general office of the CPC central committee .is invited by the country to come to Beijing by 650 UAE King's aircraft.

He has three identities; the first one is the chairman of Sovereign wealth found, which means he is the religious leader of UAE. He is also the chairman of their administrative committee the counterpart of our director general of the general office of the CPC central committee.

Exhibit V-45.   **Song Jun Was Arrested for Stealing Flying Records**
郭文贵指使、宋军、马丛因盗取他人飞行记录和护照信息而被逮捕
http://video.chinanews.com/flv/2017/0710/wangyi06.mp4   (0:31 - 2:10)
http://www.chinanews.com/m/gn/2017/07-10/8273166.shtml
Published by: Xinhua News Agency
Published on July 10, 2017



2015 年 12 月至 2017 年 3 月间，马丛按照宋军的要求，将查询整理的部分海航公司客户的信息，包含飞行日期、起落站、航班号、机型、机号等内容的涉及 146 人的 561 条行踪轨迹信息，分三个批次提供给宋军。宋军收到后，都第一时间通过邮箱提供给了郭文贵的秘书王雁平。

From December 2015 to March 2017, per Song Jun's requests, Ma Cong retrieved some sensitive passenger's information, including traveling date, start and ending airports, model, end tail number, regarding 146 passengers and 561 items traveling information, provided to Song Jun. Then Song Jun sent it to KWOK's assistant, Wang Yanping.

The VVIP is UAE's vice premier who is equal to the director general of general office of the CPC central committee .is invited by the country to come to Beijing by 650 UAE King's aircraft.

He has three identities; the first one is the chairman of Sovereign wealth found, which means he is the religious leader of UAE. He is also the chairman of their administrative committee the counterpart of our director general of the general office of the CPC central committee.

Meanwhile he is a member of a Royal family enjoying the vice president treatment.

Buddy , would you please find out all his flight to China and all his international flights?

Do it for me please, I just want to know the information of where it goes, who's on the plane, something like that, all of it please.

BUDDY, when the VIPs arrive, they will stay for an hour than the leaders will come to meet them. Let me know when and where they meet, and who and how long they meet.

Please pay attention that if there is any airplane of UAE foreign ministry arriving there from 25 five to 30, if yes, please tell me immediately.

United states secretary of state John Carey will arrive in Paris and he wants to meet me tonight .Maybe he is willing to talk something about the issue of the south China sea and THAAD missile .There are hot topics in China now.

And Mr. and Ms. Clinton invite me to his native place, little rock, I will fly there to meet him, what do you think.

You need to give me a summary of the following problems, who has the best plane among the foreign government stuff, who has the highest quality? Who has a best relationship with China government, especially the prince of Saudi Arabia came here recently.

And I want to know about his plane and plane team, does he have any jokes? I really care about this .Is he going well with his flight, talk to me something about it, how many people keep company with him.

The prince of Saudi Arabia visited to Beijing on August 28th 2016 and flew to Japan and back to Hangzhou. I need to get the information about the itinerary, such as the plane's model and the number of the persons and how many people accompanying him.

Can you find out the passenger named WA LI on this flight today or tomorrow ,and check ,his a record   check his inbound and outbound record of mainland China as soon as possible.

## Part 9.  KWOK Paid Money for Forged Secret Documents

郭文贵发布高额悬赏令，收买他人伪造中共绝密文件

KWOK buying people to forge faked CCP secret documents and to make faked news

### Exhibit V-46.    Chen Brothers Were Arrested for Forged Documents

On April 23, 2018, Chongqing police hold news conference and declared that KWOK cheated Chen Zhiyu and Chen Zhiheng to forge CCP secrete documents.

http://m.news.cctv.com/2018/04/23/ARTlKclx1bR1mlpYS2coaxyL180423.shtml







**Exhibit V-47.   KWOK Disclosed Phone Records with Chen Zhiyu**

文贵与陈志煜录音完整版，对比发现盗国贼造假证据。所谓录音就是断章取义、移花接木

37,671 views

Published by   政事直播

Published on Apr 23, 2018

https://youtu.be/Qum-iMXw_Nc      （1:10 - 3:26）

陈志煜：你好，尊敬的郭文贵先生。我已经看了，就是说如果我个人认为的话，反正现在这种情况的话，盗国贼就肯定是加以否认的。

郭文贵：但是呢，你觉得没有问题吧，有信心吧。秘密的事在那边说，平常的事可以从这说。

陈志煜：专员那边获取的问题呢，应该是没有什么问题的，我认为。

郭文贵：好好好，你想想那个字。仔细研究研究有什么问题？你想想啊，谢谢啊。

陈志煜，哎，好的，郭先生，我好好研究一下。谢谢，再好好研究一下，谢谢！

陈志煜：你好，尊敬的郭文贵先生。我把这个文件又通篇好好看了一下。的确有个错别字，对峙的峙字。然后是，然后关于什么语句通顺方面东西的话，这方面我觉得还是挺难讲的，一下子。这下子这东西，然后至于那个什么么什么抄送外交部商务部啊，我个人理解来说就是说。去抄送国务院办公厅，还有国务院办公厅再转抄的话呢，应该是这个也是可以的。因为国务院办公厅知道转抄哪个部门。然后我把相关信息发给专员看看吧。因为他现在已经休息了。

郭文贵：好好，好好。没问题，不管真假，我知道什么情况就行了。如果我跟 f 部门沟通的时候，我要绝对的真实，绝对的告诉人家真实情况。这是非常重要的。实际上结果并不重要，他们可以什么都假，咱就不能假吗？为啥不能假？但是对我们说的话必须负责任。咱们知道的情况要负责任，这是必须的。要不然咱们被他们利用了。就这意思啊，谢谢，谢谢

陈志煜，好的，尊敬的郭文贵先生，我理解，到时候我相信专员会再去了解一下。就是关于经办这些文件的那些同事，向他们解具体的情况。也看看他对那些文件出现的错别字啊，以及那些抄送部门呢，对那些问题的作一个解释。看看怎么回事？谢谢！

郭文贵，凭我这几年对盗国贼相处，他们那个错误漏洞百出，可不像外界想象的那么神。永远正确的。那个绝密文件竟然送错。不送错怎么会导致江泽民曾庆红把乔石和刘华清干掉了。他们出的错多了去了。方文对发错了，发到美国去了。不一定会受到影响。但是咱得客观真实，咱也做到心中有数。好吧，谢谢，谢谢周先生。要务必注意安全。比如说他刘呈杰，冠军啊，你一定记住，谁去调他们的这个信息都会有记录，切记安全。我们要实现喜马拉雅。我们不是给他们打工的，不是给他们工作的。我们好坏不重要。我们赢最重要。

陈志煜，对，非常感谢尊敬的郭文贵先生。我们一定要坚信，一定能够战胜到盗国贼集团。也就是这一两年的时间。这一两年时间肯定能让我们攀登珠穆朗玛峰的。这些你放心。

陈志煜：晚上好，尊敬的郭文贵先生。今天一大早就去跟专员联系。去看了相关的那些报道。然后专员的表示呢，说现在他不会去质问那些经手的人员那个文件的真伪。因为他圈子里，和其他人也不是那个领导与被领导的关系，是合作与互相信任的关系。如果去质问他们的话呢就会担心那个信任度会打折扣，以后就不好办事了。第二个方面呢就是如果

98

去问你们，他们保证说这是真的。关于几点问题呢？专员的理解，机密文件与那些宣传口径对外部门是不一样的，重点是校验那些关键字眼，还有核心字眼。而且那些校对人员压力也没那么大，虽然难免也会出现那些疏忽。另外一个原因的话呢。对那个对峙，作为相似的近义词的话在词典里面是存在的。那表示是那种长期的非剧烈的军事冲突。

郭文贵，明白，完全接受，完全明白啊。绝对不能这样去问，那就不好。咱心里有数就行了啊。一定一切都要以安全为主，对那些盗国贼来讲，不存在什么真假问题。这都是他们真实的写照。我全都明白，让专员一定要注意安全啊。谢谢谢谢。

陈志煜，对那些语言表达的问题的话，专员也说是像那些机密文件是一定是重点要表现得清楚，关键词语不能错，不需要太多华丽的词语。他让你参考一下，上次交给你的那个宣传部口径那个文件，他那个词语表达就会华丽很多

郭文贵，对对，没错，没错。反正我没有必要去造那个假。谁也不要去造那个假的，不可能的累不累的慌啊？真的还弄不完呢去造这个假干嘛？

陈志煜：那个专员说那个二维码并不是不是强制性的。尤其是对不出中央那个机密文件的话呢，他一般是很多省略二维码的。除非你是中央对地方，地方应对中央包括党政军都是，用二维码反而容易引起泄密。专员还表示感谢郭先生你的这个提醒和支持。在安全方面，我们会格外注意的。关于卷宗的事情，专员也说他也在努力跟进中，很快就会有好消息的啦。谢谢

郭文贵，明白明白，完全明白了

陈志煜：对，谢谢郭郭先生这也是我和专员一起坚持的想法，我们绝对会赢的不是今年就是明年谢谢

郭文贵，我期待，我们在春节前废掉他们一半，废他们一半

　陈志煜，好的，完全同意非常支持，谢谢郭文贵先生。

Exhibit V-48.    **KWOK Disclosed Identity of Chen Brother's**

郭文贵 4 月 24 日视频：在重庆陈氏兄弟是现任常委秘书的家人！

3274 views

Published by    郭文贵

Published on Apr 24, 2018

https://youtu.be/evMMXX-34DM?t=419　（6:59 - 8:11）



郭：陈氏兄弟跟我没有买卖关系。我最初认识他，我给他钱他不要。直到后来他们要全职干这个事的时候，要去调查盗国贼时候，我提出来给他发工资，虽然一个月给 4000，但是是我每个月给他 6000 到 8000。而且在文贵的文件里边，他连千分之一都不占。他这次回去去新加坡是被钓鱼的，我坚决不同意他去。2 月 15 号是我最后一次与他通话。我说你绝对不要去，去了就会被他们抓出来。他认为新加坡没问题，结果，就被他们绑回去了。因为他去见什么呢？是交易萧建华的全部卷宗，全部卷宗啊！全部卷宗这就是核心，所以就被抓了。还有，他们两人的亲戚是现任常委的秘书。还有一个，他们的文件就占我的文件的千分之一都不到。他给我的文件只有两份我用了，其他的我一概没用。只有两份，我用了。另外有两份给了其他部门。虽说他说有 30 多份文件，我不记得了。他的文件什么都不算。

KWOK: I don't have any business relationship with Chen brothers. At the first beginning when I know them, I wanted to give them money but they refused. Later, they wanted to do this business full time, including investigating those Chinese State Thieves, I proposed to pay them $4000 monthly. Actually, I paid them 6000 to 8000 monthly. Out of all my documents in my hand, only 0.1 percentage are from them. He was fished to go to Singapore. I strongly opposed him to go there.   Our last communication through phone is around February 15. I told him not to go and he would be arrested if went there. But he insisted to go. Finally, he was kidnapped. Why did he insist to go there? He was there to trade for all the case documents about Xiao Jianhua, all the case documents. That is why he was arrested. He said he had given me about 30 secret documents, but I forgot. I only used two of his documents, all others hadn't used yet.

100

**Exhibit V-49.    KWOK's Declaration about Chen's Brothers**

郭文贵 4 月 24 日发布声明，承认他向美国提供盗取的中共绝密文件

KWOKi's statement on the Persecution of Mr. Zhiyu Chen and Zhiheng Chen by the Chinese Gov

Published by  郭文贵

Published on Apr 24, 2018

https://youtu.be/x8ruP_lclcw

Guo Wengui's Statement on the Persecution of Mr. Zhiyu Chen and Zhiheng Chen by the Chinese Government.

On April 23, 2018 the Chongqing Public Security Bureau in China announced that the Chinese police arrested Mr. Zhiyu Chen and Mr. Zhiheng Chen. The Chen brothers are Canadian citizens. They have been accused of forging more than 30 top-secret official documents of the Chinese Communist Party Central Committee, the State Council, and their subordinate departments for me, and forging information related to the massive overseas assets owned, illegitimate children, and mistresses of the top Chinese leaders.

The Chongqing police released a tape as evidence, which was clearly edited. I have released the full recording via social media (www.guo.media and YouTube: Guo Wengui). The entire tape shows that the Chen Brothers were helping me to verify those documents by answering my questions. Comparing the two recordings reveals that the Chongqing police has fabricated the evidence.

Both Mr. Zhiyu Chen and Mr. Zhiheng Chen hold Canadian passports. Not long ago, they disappeared in Singapore. All signs show that they were likely kidnapped and taken by force into the Mainland China.

I have provided a great deal of documents in my possession to the U.S. law enforcement. Some of which I released have been authenticated by the US authorities.

As to the contents of my whistle blowing, I take legal responsibility for their truthfulness.

Exhibit V-50.   **KWOK Repeatedly Posted Sensitive Privacy Information**

郭文贵盗取大量他人护照等隐私信息，并上传到网上广泛散发

KWOK repeatedly posted sensitive privacy information, and intentionally intimidated others into mental distress

路德访谈郭文贵：KWOK posted sensitive information, including passports of Wu Xiaohui, Zhuo Ran, Wang Xiaoan, who are all relatives of Deng Xiaoping

108,998 view

Published by  路德访谈

Published on April 19, 2018    (17:07-18:37)

https://youtu.be/8ygmVvWhzVs?t=1027    (17:07--18:37)





102







Exhibit V-51.   **KWOK Retrieved/Stole/Disclosed Confidential Emails**

郭文贵以间谍手段获取他人电子邮件，并擅自上网公布

KWOK retrieved/stole confidential emails from other people's email account and disclose it illegally



A snapshot of the YouTube video at:   https://youtu.be/_vN3-TBDEEE?t=479

KWOK disclosed sensitive emails:
From: Elliott Broidy <Elliott@Broidy-Capital.com>
To: rbroidy2@gmail.com rbroidy@gmail.com
06/05/2017 11:50

FYI, I am closing an OSINT Center installation in an Asian country. The focus will be improving counterterrorism efforts against ISIS. The country involved has good relations with China and US. And offered a lucrative opportunity. China wants to extradite from the US Guo Wengui who is very critical or President Xi Jinping and now living as a fugitive in NYC. Guo defrauded many investors including Abu Dhabi for $3 billion. With elections coming up in China this fall, the Chinese want him to e kept quiet. I believe a negotiation can take place which includes Abu Dhabi receiving its $3 billion back and Abu Dhabi extraditing Guo from the US to Abu Dhabi. Later Abu Dhabi would allow extradition to China. I was told that China would pay us and if the facts are indeed correct, I assume Abu Dahbi would feel obliged to pay a fee as well. Please check facts on your end. Thank you.

This information is strictly for you and MBZ only.
The Asian country involved is Malaysia. They are in dire need of closer relationship and cooperation with US. I conveyed 3 important ways for Malaysia to cooperate and assist US. 1.

105

Cooperate closely on CT efforts against ISIS.

https://content.guo.media/uploads/videos/2018/05/guomedia_ffcee90b044d615c2f0b963292c60b0f.pdf

On May 10, 2018, KOWK disclosed 144 pages of very sensitive emails on GUO.MEDIA, including emails sent from Jeff Sessions, the United States General Attorney. Here list some pages in that file.

KWOK has been sued for over 19 cases.

Case No. 1: Kidnapping, False Imprisonment.

Case No. 2. Kidnapping, False Imprisonment. Assault, Conspiracy, Extortion of Signature.

Case No. 3. Destruction of Evidence - Spoliation of Evidence.

Case No. 4. Wire Fraud, Money Laundering, Forgery, Fraud, Conspiracy, Blatant Violation of Foreign Exchange Laws.

Case No. 5: Fraud, Money Laundering Conspiracy.

Case No. 6: Fraud, Falsifying Documents, Providing False Documents to Obtain Loans, Conspiracy.

Case No. 7: Fraud, Falsifying and Fabricating Evidence, Tampering with Evidence.

Case No. 8: Bribery Government Official Ma Jian.

Case No. 9: Pangu Company Obtained 2 Billion RMB of Loans from Ping An Bank under False Pretence.

Case No. 10: Yuda Properties, Yuda Hotel Obtained 3 Billion RMB of Loans from Minsheng Bank under False Pretence.

Case No. 11: Zhao Yun An, Qu Long and others' Encroachment while Performing Job Duties.

Case No. 12: Guo Wengui, Ma Jian, Gao Hui and others Are Suspected of Forcing a Trade.

Case No. 13: Zhao Da Jian, Yang Ying and others Misappropriated Funds in an Amount of 1 Billion RMB from Minzu Securities.

Case No. 14: Zhao Da Jian, Yang Ying and others Misappropriated Funds in an Amount of 800 Billion RMB from Minzu Securities.

Case No. 15: Zhao Da Jian, Yang Ying and others Misappropriated Funds in an Amount of 300 Billion RMB from Minzu Securities.

Case No. 16: Guo Wengui and Gao Song Involving Forgery of Evidence.

Case No. 17: Lin Qiang, bribery by a non-Government Staff.

Case No. 18: Xu Ang Yang, bribery by a non-Government Staff.

Case No. 19: Guo Wen Ping Misappropriation of Funds.



Robin:
Please see attached the explanation that was sent to me from Pras of the legal issue . . .
Forwarding to you for your legal review.

Thanks,
Nickie
--
Nickie Lum Davis
*(formerly Nickie Shapira)*
2934 1/2 Beverly Glen Circle #318
Los Angeles, CA 90077

I.       Currently 8 CASES CURRENTLY UNDER PROSECUTION with *OUTSTANDING ARREST WARRANTS* for GUO WEN GUI (and conspirators).

### Case No. 1: KIDNAPPING, FALSE IMPRISONMENT

At the direction of Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong illegally confined Xu Zhao Hui

On March 9, 2014 around 19:00, due to suspension of encroachment of Guo Wen Gui's assets by Xu Zhao Hui, under the direction of Guo Wen Gui, criminal suspect Zhao Guang Dong, after consultation with Guo Wen Gui, obtained information about Xu Zhao Hui's whereabouts in advance, directed Yang Yong and others to forcefully compelled Xu Zhao Hui into a car at Jinan Airport and drove him to Pangu 7 Star Hotel Beijing and further directed hotel security, Li Xiao Qiang and others, to illegally confined his freedom of movement in Room 1016 of the hotel and Room 703 of the Security Department at unit 2 of Pangu Apartments for over 50 hours before they release Xu Zhao Hui to the public security authorities for handling.

The conducts of criminal suspects Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong violated Section 238 of *Criminal Law of the People's Republic of China*, which involves illegal confinement, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Guo Wen Gui is at large. Guo Wen Cun and Zhao Guang Dong have been arrested and are currently being held at the detention center in Dalian City.

### Case No.2:  KIDNAPPING, FALSE IMPRISONMENT, ASSAULT, CONSPIRACY, EXTORTION OF SIGNATURE

At the direction of Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong illegally confined Huang Zheng

On November 22, 2012, criminal suspects Zhao Guang Dong and Guo Wen Cun, after knowing Huang Zheng, a former employee of Henan Yuda Company, made postings of statements adverse to Guo Wen Gui on the internet, consulted with each other and Guo Wen Cun made a phone call to Huang Zheng to entice him to Beijing from Guangzhou. On November 23, 2012 around 11:00, Zhao Guang Dong and Guo Wen Cun directed the driver, Li Chuang, to provide transportation to Huang Zheng from Beijing Capital Airport to Room 91612 on the 16th floor of Pangu 7 Star Hotel Beijing, and Zhao Guang Dong, Guo Wen Cun, Li Chuang and others searched Huang Zheng and beat him up, causing him several bruises on the body. After Huang Zheng admitted making the posting on the internet, they forced him to delete the posting from the internet and forced him to sign a repentance. Around 18:00 on the same day, to keep Huang Zheng from calling the police, Zhao Guang Dong and Guo Wen Cun arranged hotel security, Li Xiao Qiang and others, to force him to Beijing Capital Airport to take the flight around 19:00 to return to Guangzhou.

The conducts of criminal suspects Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong violated Section 238 of *Criminal Law of the People's Republic of China*, which involves kidnapping, assault, illegal confinement, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui is at large. Guo Wen Cun and Zhao Guang Dong have been arrested.

### Case No.3:  Destruction of evidence – spoliation of evidence

Guo Wen Cun, Ma Cheng and Sheng Rui Gang intentionally destroyed accounting receipts, accounting books and financial statements of Pangu 7 Star Hotel Beijing

In August 2013, when the staff of Central Commission for Discipline Inspection was investigating the condition of high consumption by government officials at Pangu 7 Star Hotel Beijing, the criminal suspect Ma Cheng, after seeking the consent of criminal suspect Guo Wen Cun, directed criminal suspect Sheng Rui Gang to destroy all accounting books and records of Pangu 7 Star Hotel Beijing to avoid the examination of accounting books and records and the revelation of evidence of Pangu 7 Star Hotel Beijing card holders being involved in corruption. In the same month, Sheng Rui Gang arranged hotel security and drivers to transport all accounting receipts, accounting books and records and financial statements since hotel opening in 2008 to 2013 stored in the warehouse at levels B2 and B3 of the hotel to the vicinity of Jinlun Weiye Logistics Yuan in Shunyi District in Beijing and burn the same for three times.

The conducts of criminal suspects Guo Wen Gui, Guo Wen Cun, Ma Cheng and Sheng Rui Gang have violated Section 162 of *Criminal Law of the People's Republic of China*, which involves destruction of accounting receipts, accounting books and financial statements, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted and the court is in the process of deciding. Criminal suspect Guo Wen Gui is at large. Guo Wen Cun, Ma Cheng and Sheng Rui Gang have been arrested and detained at the detention center in Dalian City.

### Case No.4: WIRE FRAUD, MONEY LAUNDERING, FORGERY, FRAUD, CONSPIRACY, BLATANT VIOLATION OF FOREIGN EXCHANGE LAWS

Lv Tao and Jie Hong Lin purchased foreign exchange for an amount of U$13.5 million under false pretence

In 2012, Guo Wen Gui intended to purchase his second private jet under the name of Hong Kong Word Century Limited (hereinafter referred to as "WCL") and needed to obtain a loan from China Construction Bank (Asia), so he arranged criminal suspect Lv Tao to organize funding be paid in foreign exchange into the accounts of WCL maintained with such bank. In December 2012, criminal suspect Lv Tao called for several meetings among criminal suspect Jie Hong Lin, Yang Ying, the chief financial officer of Minzu Securities, Li Yu Shan, the bonded warehouse executive of Beijing Mileson Investment Inc. (hereinafter referred to as "Mileson") and others to discuss payment of foreign exchange related matters to WCL. When application for approval to pay foreign exchange in the name of aircraft leasing company to WCL was rejected, Lv Tao and Jie Hong Lin discussed and, with consents of Guo Wen Gui and Guo Qiang, the actual controlling person of Mileson, decided to fabricate contracts and invoices for the import of furniture so Mileson will pay foreign exchange to WCL for its purchase of furniture. The funds to purchase such foreign exchange was transferred by Lv Tao and Jie Hong Lin from accounts actually controlled by Guo Wen Gui at Minzu Securities, Beijing Jin Hao Tong Yuan Construction Decoration Company Limited, Beijing Ju Ding Jiu Investment Consulting Company Limited and others to Mileson. Lv Tao and Jie Hong Lin directed Li Yu Shan and

Liu Yu Min of Mileson to fabricate contracts and invoices for the import of furniture, who, after foreign exchange is paid to Mileson, in turn used such false contracts and invoices to purchase foreign exchange from the branch of Bank of Communications on Yu Hui East Road in Beijing for amounts of US$4.5 million, US$3 million, US$3 million and US$3 million on December 20, 2012, May 30, 2013, September 2, 2013 and October 22, 2013 with a total of US$13.5 million wired to the account of WCL maintained with China Construction Bank (Asia).

The conducts of criminal suspects Guo Wen Gui, Guo Qiang, Lv Tao and Jie Hong Lin have violated Sections 175 and 190 of *Criminal Law of the People's Republic of China* and Article 1 of the *Decision Regarding Punishment of Purchase of Foreign Exchange Under False Pretence, Avoidance of Foreign Exchange and Illegal Purchase and Sale of Foreign Exchange* issued by the Standing Committee of the National People's Congress of the People's Republic of China, which involve obtaining loans under false pretence and purchasing foreign exchange under false pretence, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui and Guo Qiang are at large. Lv Tao and Jie Hong Lin have been arrested.

### Case No.5: FRAUD, MONEY LAUNDERING, CONSPIRACY

Zhao Da Jian, Yang Ying and Others misappropriated RMB2.05 billion from Minzu Securities

In September 2014, to pay for the debts of companies actually controlled by Guo Wen Gui, i.e., Beijing Pangushi Investment Company Limited (hereinafter referred to as "Pangushi Investment"), Beijing Zheng Quan Holding Company Limited (hereinafter referred to as "ZQ Holding") and others, Guo Wen Gui used his capacity as the controlling person of China Minzu Securities Company Limited (hereinafter referred to as "Minzu Securities", which became the wholly owned subsidiary of Fang Zheng Securities on August 11, 2014) to direct Zhao Da Jian, the Chairman of Minzu Securities, Yang Ying, the chief financial officer of Minzu Securities, Shan Wei Liang, the vice president and Lv Tao, the deputy general manager of Pangushi Investment to misappropriate funds from Minzu Securities for his personal use. To achieve this, criminal suspect Guo Wen Gui called for a meeting among criminal suspects Zhao Da Jian, Yang Ying, Lv Tao and others at the 49th Floors of the Bank of China Building in Hong Kong in August 2014 to direct them to figure out ways to misappropriate funds from Minzu Securities for his personal use.

From September to December 2014, without the consent of Fang Zheng Securities as a shareholder of Minzu Securities, under the direction of criminal suspect Guo Wen Gui, criminal suspects Zhao Da Jian, Yang Ying, Shan Wei Liang and Lv Tao conspired to misappropriate RMB2.05 billion from Minzu Securities by way of "Channel Business", i.e., for Minzu Securities to transfer RMB2.05 billion in seven instalments to Hengfeng Bank under the name of "Inter-bank Deposit" while simultaneously entering into a *General Agreement on Authorization of Directed Investment Business Cooperation* as a "drawer agreement" whereby Hengfeng Bank shall transfer funds to Sichuan Trust to purchase single trust product upon instruction of Minzu Securities. Concurrently, Sichuan Trust will transfer funds to Guang Ming Stone Industry Company Limited (in three instalments totalling RMB550 million), a company affiliated with Guo Wen Gui, Zhengzhou Jin Hui Company (in two instalments totalling RMB350 million), Zhengzhou Lan Hua Company (totalling RMB420 million) and Zhengzhou Heng Hai Company (RMB430 million), three shell companies actually controlled by Guo Wen Gui, as loans provided to these companies. For RMB2.05 billion

3

funds at stake, other than RMB100 million retained by Guang Ming Stone Industry Company Limited, the remaining funds have all been transferred from the lender to various shell companies controlled by Guo Wen Gui, such as Pangushi Investment and ZQ Holding, to effect the purpose of misappropriation of the funds of Minzu Securities for his personal use. To date, other than RMB308.5 million recovered by Minzu Securities, the remaining RMB1.7415 billion are not recovered.

The conducts of criminal suspects Guo Wen Gui, Yang Ying, Lv Tao, Zhao Da Jian and Shan Wei Liang violated Section 272 of *Criminal Law of the People's Republic of China*, which involves misappropriation of funds, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui is at large. Yang Ying, Lv Tao, Zhao Da Jian and Shan Wei Liang have been approved to be arrested.

### Case No.6: FRAUD, FALSIFYING DOCUMENTS, PROVIDING FALSE DOCUMENTS TO OBTAIN LOANS, CONSPIRACY

Pangu Company obtained RMB3.2 billion of loans from Agricultural Bank of China under false pretence

In October 2010, Guo Wen Gui, Yang Ying, Jie Hong Lin and Lv Tai conspired to forge construction contracts, land use rights transfer payment proof and other materials between Pangu Company and Beijing Chengjian Wu Construction Engineering Co., Ltd. (hereinafter referred to as "CJW") and provided such materials to the branch of Agricultural Bank of China at Asian Games Village to obtain loans totalling RMB3.2 billion knowing renovation of Pangu Company was not undertaken by CJW. As of the end of 2014, Pangu Company had fully repaid RMB3.2 billion as principal and interests.

The conducts of criminal suspected unit Beijing Pangushi Investment Company Limited and criminal suspects Guo Wen Gui, Lv Tai, Jie Hong Lin and Yang Ying have violated Sections 175 and 30 of *Criminal Law of the People's Republic of China*, which involves obtaining loans under false pretence (corporate crimes), and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui is at large. Lv Tao, Xie Hong Lin and Yang Ying have been approved to be arrested.

### Case No.7: FRAUD, FALSIFYING AND FABRICATING EVIDENCE, TAMPERING WITH EVIDENCE

Gao Song, Ma Nan, Cheng Xiu Hua were suspected of aiding to forge evidence

In 2008, Guo Wen Gui directed Qu Long, Zhao Yun An and others to misappropriate over RMB400 million from Tianjin Hua Tai. In order not repay Yuan Run Holding (formerly Tianjin Hua Tai) while not subjecting him to criminal liabilities, Guo Wen Gui arranged a meeting among Gao Son, Ma Nan, Cheng Xiu Hua and others to discuss responsive measures in the second half of 2012. Cheng Xiu Hua fabricated a series of false agreements, used such agreements to file a lawsuit with the High People's Court in Henan Province and eventually transferred the debt over RMB400 million to Zhengzhou Hao Hang Company, a company actually controlled by Guo Wen Gui with no ability to repay.

4

The conducts of criminal suspects Guo Wen Gui, Gao Song, Ma Nan and Cheng Xiu Hua have violated Section 307 of *Criminal Law of the People's Republic of China*, which involves aiding to forge evidence, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui is at large. Gao Song and Ma Nan have been arrested and Cheng Xiu Hua is on bail pending trial.

### Case No.8: BRIBERY

### Guo Wen Gui bribed government official, Ma Jian

Since 2010, to seek benefits, Guo Wen Gui requested favors from Ma Jian, including illegal intervention regarding the jurisdiction of the case involving Qu Long, handling of case involving Xie Jian Sheng, coordination to resolve the expansion of private residence in Houhai, coordination to reduce or exempt punishment arising from illegal building structures, deletion of adverse reporting, threatening journalists not to make adverse reports and investigation of the company accounts of Li You, requesting return of RMB160 million seized funds, acquisition of Minzu Securities, etc. To return Ma Jian's favors, Guo Wen Gui gave him over RMB60 million worth of properties and assets as bribes from time to time, which specifically include (1) around 2010, Guo Wen Gui provided a loan of RMB6 million to Ma Jian and his second sister, Ma Ling Ling, to purchase six properties at Jin Quan House Garden, a project developed by Guo Wen Gui; (2) around 2011, Guo Wen Gui provided a loan of RMB15 million to Ma Jian and Ma Ling Ling to purchase ten office units at Jin Quan Plaza, a project developed by Guo Wen Gui; (3) in 2013, Ma Ling Ling intended to sell ten office units at Jin Quan Plaza. After knowing such intent, Guo Wen Gui repurchased the units at RMB40,000 per square meter and transferred the funds to Ma Ling Ling after deduction of the RBM15 million loan; (4) around 2011, Guo Wen Gui spent over HKD50 million to purchase two properties with a total area of approximately 200 square meters at Taikoo Shing in Hong Kong for Ma Wan Xin, the daughter of Ma Ling Ling, under the name of Fu Ji Wen, the nephew of Ma Jian; (5) from 2010 to 2014, Guo Wen Gui gave Ma Jian approximately RMB3 million cash from time to time as Chinese New Year's red packet; (6) at the end of 2014, Ma Jian went to Hong Kong for shopping and spent over HKD90,000. Guo Wen Gui arranged his assistant to deliver HKD100,000 to Ma Jian; (7) around 2009 or 2010, Guo Wen Gui arranged for a vacation in Henan for Ma Jian and his family, during Chinese New Year holidays in 2012, Guo Wen Gui arranged for his family to visit Shanxi and spent a total over RMB100,000; (8) in November 2014, Ma Jian borrowed US$30,000 in Pakistan to purchase crafts, which were repaid by Guo Wen Gui. In May 2014, Ma Jian purchased crafts in the United Arab Emirates and Guo Wen Gui repaid around US$2,000 for Ma Jian; (9) Guo Wen Gui spent over a total of RMB900,000 to renovate two houses at Rose Royal Garden and Jin Quan House Garden for Ma Jian; (10) Guo Wen Gui took Ma Jian to Hong Kong and custom made two suits and five pairs of leather shoes worth RMB200,000; (11) When Ma Jian's daughter, Ma Wan Xin, went to university in New York, Guo Wen Gui rented an apartment near the campus for her to stay for over a year and the rental is US$3,500 per month.

To obtain favors and further his personal interests, Guo Wen Gui bribed Ma Jian, the then Deputy Minister of the Ministry of Public Security, in large amounts. The offense is serious. His conducts have violated Section 389 of *Criminal Law of the People's Republic of China*, which involves bribery.

To date, Criminal suspect Gui Wen Gui is at large. Ma Jian prosecution is being handled in a separate case and Ma Jian has admitted to being bribed.

5

**II.**   **Cases with files established but no prosecution launched yet (3 of them)**

**Case No.9: Pangu Company obtained RMB2 billion of loans from Ping An Bank under false pretence**

In May 2012, to resolve funding shortage issues, Guo Wen Gui, the controlling person of Beijing Pangushi Investment Company Limited, Lv Tao, Xie Hong Lin and other senior management of Pangushi Investment Company Limited obtained a loan of RMB2 billion from Ping An Bank using the office units from levels 24 through 39 at Tower A as collateral for the loan and the proceeds from the loan will be used to operate properties. During the course of applying for the loan, Guo Wen Gui directed Lv Tao, Xie Hong Lin and others to make the chop of others with such other persons' knowledge, used such forged chops to fabricate undertakings, falsify financial statements and other application materials to obtain a loan from the branch of Ping An Bank at Deshengmen in Beijing. After the branch at Deshengmen approved the loan based on such materials, Ping An Bank extended loans of RMB300 million and RMB1.7 billion on January 11, 2013 and January 17, 2013, respectively, of which RMB300 million was used to repay the loan from Agricultural Bank of China, RMB1 billion was used to Minzu Securities, RMB500 million was used to repay the debts of Beijing Zhi Cun Wen Qi Investment Company Limited, Pangu 7 Star Hotel Beijing and Xin Yue International Investment Company Limited, and the use of the remaining RMB200 million was inconsistent with the use of proceeds approved for the loan.

On January 17, 2017, our bureau established case files to investigate this case. After investigation, Beijing Pangushi Investment Company Limited is suspected of obtaining loan from a bank under false pretence. Its actual controlling person, Guo Wen Gui, planned and authorized Yang Ying, the vice president of Beijing Pangushi Investment Company Limited, Lv Tao and Xie Hong Lin, a finance staff, to arrange and implement obtaining of RMB2 billion loans from Ping An Bank under false pretence. Guo Wen Gui, Yang Ying, Lv Tao, Xie Hong Lin are suspected of obtaining bank loans under false pretence.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Yang Ying, Lv Tao and Xie Hong Lin have been approved to be arrested.

**Case No.10: Yuda Properties, Yuda Hotel obtained RMB3 billion of loans from Minsheng Bank under false pretence**

In mid-December 2014, Guo Wen Gui, the controlling person of Henan Yuda Properties Company Limited and Zhengzhou Yuda International Trade Hotel Management Company Limited, arranged Ma Cheng, Zhang Xin Cheng, Xiao Yen Ling and others to apply a loan of RMB3 billion from Minsheng Bank for these two companies. They provided false contracts relating to rental payments, internal renovation and purchase of equipment, a guarantee by letter of credit issued by the Hong Kong branch of Minsheng Bank in an amount of US$520 million and obtained a loan of RMB3 billion from the bank by way of domestic loan backed by a foreign guarantee.

On January 18, 2017, our bureau established case files to investigate this case. After investigation, Yuda Properties Company Limited and Zhengzhou Yuda International Trade Hotel Management Company Limited are suspected of obtaining loan from a bank under false pretence. Their actual controlling person, Guo Wen Gui, planned and authorized Ma Cheng, the vice president of Beijing Pangushi Investment Company Limited, to arrange and implement obtaining of RMB3 billion loans from Minsheng Bank under false pretence.

6

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Ma Cheng has been approved to be arrested.


### Case No.11: Zhao Yun An, Qu Long and others' encroachment while performing job duties

In May 2008, one of the shareholders of Tianjin Hua Tai Holding Group Company Limited (later changed its name to Yuan Run Holding Group Company Limited, hereinafter referred to as "Tianjin Hua Tai") relationship fell out with the other shareholders, Zheng Jie Pu and Li Ming Jiong, who whistleblowed on Zhao Yun An for encroachment while performing job duties and resulted in his detention. To release Zhao Yun An, his wife, Bai Yu, got in touch with Guo Wen Gui through Yu Xiao Feng, the classmate of Zhao Yun An and former Chairman of Pangu, who proposed borrowing of RMB100 million if he could free Zhao Yun An from detention. On June 26, 2008, Zhao Yun An was released on bail by the public security bureau in Tianjin. Because Zhao Yun An does not have RMB100 million of funds to lend to Guo Wen Gui, after joint consultation, Zhao Yun An agreed to transfer all his shares in Beijing He Da Innovation Technology Company Limited (hereinafter referred to as HDIT) actually controlled by him to Guo Wen Gui. Due to the fact that HDIT holds 70% interest in Beijing Century Tai He Investment Company Limited (hereinafter referred to as BCTH), of which 40% was held on behalf of Zheng Jie Pu, and HDIT and BCTH also respectively holds 11.39% and 61.81% interest in Tianjin Hua Tai, having the entire stake in HDIT is equivalent to gaining control over Tianjin Hua Tai. On July 14, 2008, Guo Wen Gui directed criminal suspect Qu Long and Guo Han Qiao to respectively enter into a share transfer agreement with the shareholders of HDIT, Chen Hong and Yu Xiao Zhi for Qu Long to acquire 16.78% interest in HDIT from Chen Hong and for Guo Han Qiao to acquire the remaining 83.2% interest in HDIT from Yu Xiao Zhi. On August 5, 2008, change of shareholding in HDIT was effected with the Administration for Industry and Commerce. At that time, Guo Wen Gui acquired control Tianjin Hua Tai through Qu Long and Guo Han Qiao. On the same day, Guo Wen Gui directed Qu Long and others to enter into the premises of Tianjin Hua Tai and took over management and control of Tianjin Hua Tai.

From August 8, 2008 to November 6, 2008, Guo Wen Gui directed Qu Long and others to transfer funds in the amount of RMB428.7 million from Tianjin Hua Tai to Zhong Yin Investment Development Company Limited (hereinafter referred to as "ZYID"), a company actually controlled by Qu Long, as investment management by ZYID (RMB29.7 million was transferred back to Tianjin Hua Tai from December 2, 2008 to March 7, 2009), of which RMB400.16 million was loaned to Zheng Quan Properties as investment management funds to be used to pay the construction payments and borrowings for the development by Zheng Quan Properties and Pangushi actually controlled by Guo Wen Gui.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Zhao Yun An was released on bail pending trial. Qu Long is being handled in a separate case.


III.   Cases undergoing investigation with no establishment of case files (4 of them)

### Case No.12: Guo Wen Gui, Ma Jian, Gao Hui and others are suspected of forcing a trade

On December 8, 2009, during the course of acquiring 6.8% interest in Minzu Securities from Shijiazhuang Commercial Bank, to prevent Orient Group from competing for the acquisition, Guo Wen Gui directed Gao Hui and Man Yong Ping through Ma Jian, then Deputy Minister of the Ministry of Public Security, to locate Zhang Hong Wei, the Chairman of Orient Group and allege that Zheng

Quan Holding Company is a company working for the public security authorities and has won the bid for the acquisition of a stake in Minzu Securities from Shijiazhuang Commercial Bank so Orient Group is advised not to engage in competition with Zheng Quan for the acquisition and to give up its right of first offer. Zheng Hong Wei gave up the acquisition under such pressure.

From 2009 to December 2012, Guo Wen Gui conspired with Ma Jian and others to use the name of national ministries and committees to threaten and compel relevant responsible persons at Civil Aviation Administration and Capital Airport to impose "high threshold" transfer conditions to eliminate competing purchasers. Zheng Quan Holding Company was then given priority to acquire 61.25% interest in Minzu Securities from Capital Airport at an extremely low price of RMB1.6 billion.

In August 2010, during the course of acquiring 61.25% interest in Minzu Securities by Zheng Quan Holding Company from Capital Airport, to prevent Orient Group from competing to acquire, Guo Wen Gui directed Ma Jian, Man Yong Ping, Gao Hui and others to use such reasons as "Guo Wen Gui's company works for the national security authorities", "Let Guo's company to acquire the interest is protecting national interest" to pressurize Zhang Hong Wei, the Chairman of Orient Group. Although Orient Group held board meetings about such acquisition, conducted sufficient preparatory work and was forced to give up its right of first offer and withdrew from the acquisition under the pressure of Ma Jain and others.

During September 2013, when Minzu Securities was in the process of increasing its capital, Guo Wen Gui used Zheng Quan Holding Company's name to request Orient Group not to increase its share of capital in Minzu Securities. When refused, Guo Wen Gui again asked Ma Jian from the Ministry of Public Security to apply pressure on Zhang Hong Wei, the Chairman of Orient Group, Orient Group was forced to give up increasing its share of capita in Minzu Securities.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Ma Jian is being investigated by the prosecution. Gao Hui has deceased.

**Case No.13: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB1 billion from Minzu Securities**

During September and October in 2011, when encountered with funding shortage and debt issues, after senior management of Minzu Securities, Zhao Da Jian, Guo Han Qiao, Yang Ying and others, were unable to secure funding from legal sources, Guo Wen Gui conspired with Zhao Da Jian, Yang Ying and Lv Tao to cause Minzu Securities to purchase the office building of Pangu Plaza developed by Pangushi Investment Company Limited actually controlled by Guo Wen Gui for office use and entered into pre-sale contract for an amount of RMB1.2 billion according to which Minzu Securities must pay Pangushi an amount of RMB1 billion as prepayment on October 25, 2011. After Minzu Securities transfer such sum to Pangushi, it was used to pay the personal debts of Guo Wen Gui. In January 2013, Guo Wen Gui and Yang Ying repaid RMB1 billion to Minzu Securities under the pressure of China Securities Regulatory Commission and had misappropriated the funds for as long as one year.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.

**Case No.14: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB800 million from Minzu Securities**

In March 2013, when encountered with funding shortage and debt issues, Guo Wen Gui directed the senior management of Minzu Securities, Yang Ying, Zhao Da Jian and He Dong, to cause

Minzu Securities to authorize East Asia Trust to provide financing to Henan Yuda actually controlled by him. East Asia Trust then authorized Xing Da Securities to sell the trust product, eventually using Minzu Securities' own capital to purchase Xin Da Securities' trust plans, thereby misappropriating RMB800 million funds of Mizu Securities to fund the operating activities of Henan Yuda. These funds were repaid to Minzu Securities under the pressure of China Securities Regulatory Commission.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.

Case No.15: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB300 million from Minzu Securities

On September 20, 2014, to relieve personal funding shortage and debt issues, Guo Wen Gui, the actual controlling shareholder of Minzu Securities, conspired with Zhao Da Jian and Yang Ying, the senior management of Minzu Securities, to transfer RMB300 million from the accounts of Minzu Securities to Zheng Quan, a company actually controlled by Guo Wen Gui, to repay outstanding interests of Pangu. Such funds were returned.

To date, the case is undergoing investigation. Criminal suspect Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.

IV.    Related cases not involving Guo Wen Gui (4 of them)

Case No.16: Guo Wen Cun and Gao Song involving forgery of evidence

During April and May in 2012, criminal suspect Guo Wen Cun intended to transfer two residential units, Room 903 and 702 at Tower 3, unit 3 of Zheng Quan Garden developed by Zheng Quan Company under his name. Due to Beijing's policy restriction on the purchase of properties, Guo Wen Cun was unable to effect such transfer as he is not a resident in Beijing. Guo Wen Cun and Gao Song conspired for Gao Song to direct Cheng Xiu Hua, a staff in the legal department, and Qiu Yi Qing, manager at the sales department of Zheng Quan Company to fabricate false pre-sale contract and payment receipts. On July 25, 2012, Guo Wen Cun used such false contract to file for a civil lawsuit at the People's Court in Zhong Yuan District in Zhengzhou City on grounds of breach of contract and requested the court to cause Zheng Quan to effect the transfer registration. On August 8, 2012, the court ruled in favour of Guo Wen Cun who was able to effect transfer of the two properties under his name. Our group requested for a re-trial at the court in Zhong Yuan District in Zhengzhou City after investigation and revelation of the facts above. On November 17, 2016, the court in Zhong Yuan District conducted a re-trial, cancelled the judgment and overruled the plaintiff's application.

The conducts of criminal suspects Guo Wen Cun, Gao Song and Qiu Yi Qing have violated Section 307 of *Criminal Law of the People's Republic of China*, which involves forgery of evidence, the criminal facts are clear and the evidence is concrete and sufficient. Guo Wen Cun and Gao Song have been arrested and will be prosecuted soon.

Case No.17: Lin Qiang, bribery by a non-government staff

On February 13, 2007, criminal suspect Lin Qiang assisted Beijing Morgan Company to borrow RMB100 million from Qingdao International Commerce Center for a term of six months at a rate of 12% per annum. Upon expiration of the loan, Beijing Morgan Company failed to repay the loan so Yu Xi Hua, the legal representative of Qingdao International Commerce Center, requested Lin Qing to help asking Beijing Morgan Company for repayment for a number of times. With the

coordination of Lin Qiang, Pangu Company (formerly known as Beijing Morgan Company) paid Qingdao International Commerce Center RMB120 million as repayment of principal and interest on August 12, 2008. In December 2008, Lin Qiang asked Yu Xi Hua for commission of RMB1 million.

Criminal suspect Lin Qiang used the convenience while performing his job duties to request for properties and assets from others, the amount is substantial and such behavior has seriously the company and jeopardized the management orders. His conduct has violated Section 163 of *Criminal Law of the People's Republic of China*, which involves bribery by non-government staff, the criminal facts are clear and the evidence is concrete and sufficient. To date, suspect Lin Qiang has been approved to be arrested and the case has been prosecuted.

### Case No.18: Xu Ang Yang, bribery by a non-government staff

From 2013 to 2015, Xu Ang Yang used the convenience of performing his job duties while he was a manager at the legal department of Zheng Quan Holding Company Limited to provide litigation cases for handling by Fong Gang and Wang Jie Hong in return for payment from time to time by both of them totalling RMB793,000.

Criminal suspect Xu Ang Yang illegally received payments from two attorneys for personal gain, the amount is substantial and the offense is serious. His conduct has violated Section 163 of *Criminal Law of the People's Republic of China*, which involves receipt of bribery by non-government staff, the criminal facts are clear and the evidence is concrete and sufficient.

To date, suspect Xu Ang Yang has been approved to be arrested and the case will be prosecuted soon.

### Case No.19: Guo Wen Ping misappropriation of funds

During July and August in 2010, after joint consultation, Guo Wen Gui and Guo Wen Ping directed Ma Cheng, the finance manager at Henan Yuda, to transfer RMB16 million operating capital of Henan Yuda to the stock account of Guo Wen Ping maintained with China Construction Bank for him to purchase stocks of Shaanxi Aero-space Power Hi-Tech Co. Ltd. Afterwards, after the direction of Guo Wen Gui, Guo Wen Ping sold all his position in such stock, profited RMB1.3 million and transferred RMB17.3 million to the account of Guo Qiang (Zhengzhou) Investment Services Company Limited.

10

From: Nickie Davis <nickieumdavis@gmail.com>
please see below -
Robin Rozenzweig <rrozen@coltsslaw.com>
elliott@broidy-capital.com

Reply   Reply   Followup ▾   Forward   Junk   Delete

28-05-2017 17:00

Other Actions ▾

See below-- hopefully there is some way to help America with this . . .


Thank u for ltr of may 19

I regret my travel sched make it impossible to welcome Vice Minister Soong.

I am pleased he will be able to meet with other members of the justice dept and members of the dept of homeland security as the first of the cyber security dialogue meetings.


Had we had been able to meet, I was intending to convey my concerns to V minister about 3 issues that I hope to speedily resolve:


1. First as u and I discussed, I remain concerned for regular deportation of Chinese from the us.  China refuses to repatriate a staggering number of nationals-- more than any other country-- this is a problem that must be fixed.


2.       Second as our in Embassy in Beijing has conveyed to the min of public security – I understand 3 us citizens – one of which is pregnant has been prohibited from leaving china.

11

118

From   Nickie Davis <nickielumdavis@gmail.com>          Reply   Reply   Followup ▼   Forward   Junk   Delete
- please see below -                                                                28/05/2017 17:09
To   Robin Rosenzweig <rrosen@celfaxlaw.com>                                         Other Actions ▼
elliott@broidy-capital.com

Third, we have received reports that Chinese law enforcement teams have continued to
travel to the US in order to persuade a fugitive to return to China in a manner of us law
and in a manner contrary to us law.

*Liu Yanping*

I will discuss these matters with you in person upon my return to Washington but note
in particular with regards to the 3 us citizens and permitting them to leave china is
highly time sensitive esp. since the us citizen is pregnant and will soon no longer be
able to travel by air.

Our planning for the inaugural dialogue will be complicated if these citizens are not
able to travel immediately.

Likewise it would be important to begin the dialogue w a repatriation policy already in
place and with the assurance that Chinese law enforcement teams will not travel to the
us.

I look forward to seeing you

Best regards

Jeff sessions

**Part 10. KWOK Recruited Many Accomplices**

郭文贵付钱收买打手帮凶，组成犯罪团伙

**Exhibit V-52.    KWOK Stated that He Paid a Lot of Money to His Accomplices**

郭文贵 4 月 26 日：在北京西香格里拉饭店的被警察抓嫖娟的两位歌星是谁呢！

134 views

Published by Guo TV

Published on April 26 2018

https://youtu.be/2zVFzrfDknw (3:51--5:40)



郭文贵：还有，我非常感谢很多战友们给我发来最近新的信息。新的信息很有意思啊。大家看到了陈氏两兄弟，我给他们开好了账号，准备了 5000 万美元。

You all have viewed the Chen's brothers. I have opened a bank account for them and deposited $50 million for them.

重庆公安局在招待会上，第一没说专员是谁？第二，没说那个卷宗要的是谁的卷宗？第三，陈氏兄弟认识我是 2017 年 5 月份。郭文贵是 2017 年 9 月份申请的政庇。所以不存在搞政庇的事情。还有陈氏兄弟说，在加拿大的孩子有自闭症，需要治疗，这是谎言。加拿大的孩子治疗和上学都是免费的。更重要的。大家看到的是陈氏两兄弟是加拿大籍。他们是怎么从加拿大回到中国去被抓起来的。然后再是电视认罪的。更重要的是，大家看到一个核心。

文贵为什么要给他们 5000 万美元？为什么？所有战友们看看公安以及盗国贼公布的文贵信息。哪一个向文贵要给钱的，而我没给？我是超过我的承诺给的钱。文贵没有一个，我都没有一个欠战友给我的钱向我提供信息。也没有让一个人少拿钱。这就是郭文贵。慢慢你们会知道的。文贵花了多少钱？过去一年花了多少钱？现在那些伪类们，骗子党们，什么

120

那些伪类民主民运们。你们站出来说说，我们给不给你们钱呢？这个事情很有意思的啦。西方媒体也很关注。未来我也会公布。

Why did I give them $5 million? Why? You can take a look at the documents that Chinese government disclosed, for those who provided documents to me and requested money, I always give them money as I promised, in most of the cases I gave them much more than I promised. I had never broken my promises and I had never owe money to anyone who had provided tips or information to me. That is KWOK. You will see that how much money I have spent on buying documents just in previous year. Some of the Weilei, some of the dissidents, you stand up and tell the truth, had I given you money? This issue is very interesting and has attracted attention to western media. I will disclose detail in the near future.